| AO-10 (WP)<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2003 | Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. App. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial)<br>Clevenger, Raymond C. III | 2. Court or Organization<br>U.S. Court of Appeals for the Federal Circuit | 3. Date of Report<br>5/15/04 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. Circuit Court Judge (active) | 5. Report Type (check appropriate type)<br>___ Nomination, Date ___<br>___ Initial  X Annual  ___ Final | 6. Reporting Period<br>1/1/03 – 12/31/03 |
| 7. Chambers or Office Address<br>717 Madison Place NW<br>Washington DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| DIRECTOR | THE MARKLE FOUNDATION |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| | |
| | |

FINANCIAL DISCLOSURE OFFICE — RECEIVED May 17 10 34 AM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 2003 | self-employed (photographer) | |
| | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements.) | |

Federal Circuit Bar Association — May 21-24: conference at Amelia Island, Florida: participating in substantive program (registration fee)

Harvard Law School — October 1-3: conference at Harvard Law School on current developments in intellectual property law: panelist (transportation, lodging & food)

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children See pp. 32-33 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Bank of America c.s. | G | DIV | P3 | T | | | | | |
| 2 Smith Barney Managed Municipal Fund | E | INT | O | T | | | | | |
| 3 Riggs National Bank NOW a/c | D | INT | L | T | | | | | |
| 4 Shelter Properties VII units | A | CAP DISTRIB | J | W | | | | | |
| 5 Shawnee Village Partners units | A | CAP DISTRIB | J | W | | | | | |
| 6 Seminole Transp. Co. mineral contract | B | contract payments | J | W | | | | | |
| 7 Coop Refining LLC mineral contract | A | contract payment | J | W | | | | | |
| 8 Total Petroleum Co. mineral contract | B | contract payments | J | W | | | | | |
| 9 Central Crude Co. mineral contract | B | contract payments | J | W | | | | | |
| 10 Delaware Group Tax free fund | E | INT | N | T | | | | | |
| 11 Smith Barney Daily Div. Fund | D | INT | L | T | | | | | |
| 12 Cerner Corp. c.s. | A | DIV | M | T | BUY | 7/28 | K | | |
| 13 Alltel Corp c.s. | A | DIV | | | SOLD ALL | 4/28 | M | (E) | |
| 14 Computer Associates Intl Inc c.s. | A | DIV | M | T | BUY | 10/13 | M | | |
| 15 Grant Prideco Inc. c.s. | A | DIV | M | T | BUY | 5/5 | K | | |
| 16 Urologix Inc. c.s. | A | DIV | | | SOLD ALL | 6/25 | K | (G) | |
| 17 American Healthways Inc c.s. | A | DIV | | | SOLD ALL | 7/15 | M | E | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
2. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| 1 Capitol Federal Financial c.s. | A | DIV | M | T | BUY | 7/21 | K | | |
| 2 Checkfree Corp. c.s. | A | DIV | M | T | BUY | 4/13 | L | | |
| 3 Epiq Systems Inc. c.s. | A | DIV | M | T | BUY | 1/6 | K | | |
| 4 Intergraph Corp. c.s. | A | DIV | | | SOLD ALL | 4/28 | L | D | |
| 5 Scientific Atlanta Inc. c.s. | A | DIV | | | SOLD ALL | 7/15 | L | E | |
| 6 Cree, Inc. c.s. | A | DIV | L | T | BUY | 9/25 | L | | |
| 7 Hecla Mining Co. c.s. | A | DIV | K | T | BUY | 4/19 | K | | |
| 8 Omnicare, Inc. c.s. | A | DIV | M | T | BUY | 6/13 | M | | |
| 9 Orasure Technologies Inc. c.s. | A | DIV | M | T | BUY | 6/13 | M | | |
| 10 Sierra Pacific Resources Inc. c.s. | A | DIV | K | T | BUY | 12/3 | K | | |
| 11 Sovereign Bancorp Inc. c.s. | A | DIV | M | T | BUY | 10/27 | M | | |
| 12 Westar Energy Inc. c.s. | A | DIV | M | T | BUY | 5/27 | M | | |
| 13 Williams Cos. Inc. c.s. | A | DIV | L | T | BUY | 9/24 | L | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less E=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income,) | | | | | | | | | |
| 1 Merrill Lynch + Co. Inc. c.s. | A | DIV | J | T | | | | | |
| 2 Connecticut State Housing Bond | D | INT | M | T | | | | | |
| 3 New Jersey Sports Center Bond | C | INT | M | T | | | | | |
| 4 D.C. Howard University Bond | C | INT | M | T | | | | | |
| 5 D.C. General Hospital Bond | B | INT | L | T | | | | | |
| 6 New Jersey State Refunding Bond | C | INT | L | T | | | | | |
| 7 Metropolitan DC Airport Bond | B | INT | L | T | | | | | |
| 8 Washington Area Transit Authority Bond | B | INT | K | T | | | | | |
| 9 MERRILL LYNCH FUNDS | | | | | | | | | |
| 10 Basic Value Fund | A | DIV | J | T | | | | | |
| 11 Global Fund | A | DIV | J | T | | | | | |
| 12 Phoenix Fund | A | DIV | J | T | | | | | |
| 13 Pacific Fund | A | DIV | J | T | | | | | |
| 14 Capital Growth Fund | A | DIV | J | T | | | | | |
| 15 G.T. Telecommunication Fund | A | DIV | J | T | | | | | |
| 16 Pasadena Inv. Trust Growth Fund | A | DIV | J | T | | | | | |
| 17 Scudder Capital Growth Fund | A | DIV | J | T | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Odd Lot Fund | A- | DIV | J | T | | | | | |
| 2 Gilead Sciences Inc. c.s. | A | DIV | J | T | | | | | |
| 3 ADC Telecommunications Inc. c.s. | A | DIV | J | T | | | | | |
| 4 Proxim Inc. c.s. | A | DIV | J | T | | | | | |
| 5 Microsoft Inc. c.s. | A | DIV | J | T | | | | | |
| 6 Loral Space Communications Inc. c.s. | A | DIV | J | T | | | | | |
| 7 Banc One Corp. c.s. | A | DIV | J | T | | | | | |
| 8 Costco Cos. Inc. c.s. | A | DIV | J | J | | | | | |
| 9 America Online Inc. c.s. | A | DIV | J | T | | | | | |
| 10 Viacom Inc. c.s. | A | DIV | J | T | | | | | |
| 11 Advanced Tissue Sciences Inc. c.s. | A | DIV | | | SOLD ALL | 6/23 | J | A | |
| 12 American International Group Inc. c.s. | A | DIV | J | T | | | | | |
| 13 AT+T Liberty Media Group. c.s. | A | DIV | | | SOLD ALL | 6/23 | J | A | |
| 14 Berkshire Hathaway Co. c.s. | A | DIV | J | T | | | | | |
| 15 Citigroup Inc. c.s. | A | DIV | J | T | | | | | |
| 16 EMC Corp. c.s. | A | DIV | J | T | | | | | |
| 17 General Electric Co. c.s. | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | S=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Clevenger, Raymond C. III | 5-15-01 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income) | | | | | | | | | |
| 1 Home Depot, Inc. c.s. | A | DIV | J | T | | | | | |
| 2 Iomega Corp. c.s. | A | DIV | | | SOLD ALL | 6/23 | J | A | |
| 3 Level 3 Communications Inc c.s. | A | DIV | J | T | | | | | |
| 4 Medtronics Inc. c.s. | A | DIV | J | T | | | | | |
| 5 Nextel Inc. c.s. | A | DIV | J | T | | | | | |
| 6 Nokia Corp. c.s. | A | DIV | J | T | | | | | |
| 7 Omnicom Group Inc. c.s. | A | DIV | J | T | | | | | |
| 8 Oracle Inc. c.s. | A | DIV | J | T | | | | | |
| 9 Qualcomm Inc. c.s. | A | DIV | J | T | | | | | |
| 10 Texas Instruments Inc. c.s. | A | DIV | J | T | | | | | |
| 11 Echelon Corp. c.s. | A | DIV | J | T | | | | | |
| 12 Pliant Systems Inc. c.s. | A | DIV | | | SOLD ALL | 6/23 | J | A | |
| 13 Siebel Systems Inc. c.s. | A | DIV | J | T | | | | | |
| 14 Advanced Fibre Communications Inc. c.s. | A | DIV | J | T | | | | | |
| 15 Anheuser Busch Co. c.s. | A | DIV | | | SOLD ALL | 3/6 | J | A | |
| 16 Biosite Diagnostics Inc. c.s. | A | DIV | J | T | | | | | |
| 17 DMC stratex Networks Inc. c.s. | A | DIV | | | SOLD ALL | 6/23 | J | A | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **NONE** (No reportable income,) | | | | | | | | | |
| 1 Documentum Inc. C.S. | A | DIV | J | T | PART SELL | 1/10 | J | A | |
| 2 Human Genome Sciences Inc c.s. | A | DIV | J | T | | | | | |
| 3 IBM Corp. C.S. | A | DIV | J | T | | | | | |
| 4 Lightbridge Inc. C.S. | A | DIV | J | T | | | | | |
| 5 Macrovision Corp. C.S. | A | DIV | J | T | | | | | |
| 6 Plato Learning Inc. c.s. | A | DIV | J | T | | | | | |
| 7 PMC Sierra Inc. C.S. | A | DIV | J | T | | | | | |
| 8 Quidel Corp c.s. | A | DIV | J | T | | | | | |
| 9 Rational Software Inc. C.S. | A | DIV | | | SOLD ALL | 1/23 | J | A | |
| 10 Serena Software Corp. c.s. | A | DIV | J | T | | | | | |
| 11 State Street Corp. c.s. | A | DIV | J | T | | | | | |
| 12 Sungard Security System Inc c.s. | A | DIV | J | T | | | | | |
| 13 Tekelec Corp. c.s. | A | DIV | J | T | | | | | |
| 14 Transgenomic Corp. c.s. | A | DIV | J | T | | | | | |
| 15 Tyco Inc. c.s. | A | DIV | J | T | | | | | |
| 16 Vitesse Semiconductor Corp. c.s. | A | DIV | J | ? | | | | | |
| 17 Walmart Inc. c.s. | A | DIV | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger Raymond C. III | 5.15.04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D (2) Date Month, Day | D (3) Value Code2 (J-P) | D (4) Gain Code1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Anadigics Inc. c.s. | A | DIV | J | T | | | | | |
| 2 Array Biopharma Co. c.s. | A | DIV | J | T | | | | | |
| 3 Comcast Inc. c.s. | A | DIV | J | T | | | | | |
| 4 Concord EFS Co. c.s. | A | DIV | J | T | | | | | |
| 5 Digimarc Inc. c.s. | A | DIV | J | T | | | | | |
| 6 Walt Disney Co. c.s. | A | DIV | J | T | | | | | |
| 7 Dow Jones Consumer Fund | A | DN | J | T | | | | | |
| 8 Europacific Growth Fund | A | DIV | J | T | | | | | |
| 9 Freddie Mac c.s. | A | DIV | | | SOLD ALL | 6/23 | J | A | |
| 10 Global High Income Dollar Fund | A | DIV | J | T | | | | | |
| 11 Harvard Bioscience Inc. c.s. | A | DN | J | T | | | | | |
| 12 Honeywell, Inc. c.s. | A | DIV | | | SOLD ALL | 4/22 | J | A | |
| 13 Shares Trust Russell Value Index Fund | A | DIV | J | T | | | | | |
| 14 JDS Uniphase Corp. c.s. | A | DIV | J | T | | | | | |
| 15 Liberty Media Corp Series A Fund | A | DN | J | T | | | | | |
| 16 Midcap SPDR Tr. Fund | A | DIV | J | T | | | | | |
| 17 Oplink Communications Inc. c.s. | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5·15·04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Codes3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy/sell, merger, redemption) | (2) Date Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Pharmaceutical Holdings Fund | A | DIV | J | T | | | | | |
| 2 Proctor & Gamble Co. C.S. | A | DIV | J | T | | | | | |
| 3 United Technologies Inc. C.S. | A | DIV | J | T | | | | | |
| 4 Vastera Inc. C.S. | A | DIV | J | T | | | | | |
| 5 Ventana Medical Systems inc. C.S. | A | DIV | J | T | | | | | |
| 6 Bluefly, Inc. C.S. | A | DIV | J | T | BUY | 1/25 | J | | |
| 7 Citadel Security Software inc. C.S. | A | DIV | J | T | BUY | 12/19 | J | | |
| 8 Enterasys Networks Inc. C.S. | A | DIV | J | T | BUY | 4/12 | J | | |
| 9 Finisar (Finisar) Corp. C.S. | A | DIV | J | T | BUY | 6/23 | J | | |
| 10 Inkline Pharmaceuticals inc. C.S. | A | DIV | J | T | BUY | 6/30 | J | | |
| 11 Newmont Mining Corp. C.S | A | DIV | J | T | BUY | 3/6 | J | | |
| 12 Oppenheimer Real Asset Fund | A | DIV | J | T | BUY | 3/31 | J | | |
| 13 Remec Inc. C.S. | A | DIV | J | T | BUY | 1/10 | J | | |
| 14 Smuckers Corp. C.S. | A | DIV | J | T | BUY | 6/23 | J | | |
| 15 Sonosite Inc. C.S. | A | DIV | J | T | BUY | 8/15 | J | | |
| 16 Skatex Networks Inc C.S. | A | DIV | J | T | BUY | 6/22 | J | | |
| 17 Synaptics, Inc. C.S. | A | DIV | J | T | BUY | 6/23 | J | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: Clevenger, Raymund C.

Date of Report: 5-15-04

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income,) | | | | | | | | | |
| 1 Travelers Property Casualty Co. c.s. | A | DIV | J | T | Buy | 6/23 | J | | |
| 2 Verity, Inc. c.s. | A | DIV | J | T | Buy | 10/20 | J | | |
| 3 Zimmer Holdings, Inc. | A | DIV | J | T | Buy | 7/11 | J | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | VII | Date of Report |
|---|---|---|---|
| | Clevenger, Raymond C. | | 5-15-04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____   Date _____5·15·04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544